## Carlo SPINELLA

v.

## Eugene P. PETIT, Jr.

### No. 82–503–M.P.

Supreme Court of Rhode Island.

Dec. 30, 1982.

Rodio, Tarro & Ursillo, Ltd., Joseph J. Rodio, Providence, for petitioner.

Stephen F. Mullen, Chief Special Counsel, Dept. of Transportation, Providence, for respondent.

## ORDER

The petition for writ of certiorari is granted. The petitioner's motion for stay of the order suspending his license and registration is granted until further order of this court.